IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02190-BNB

MICHAEL DESTRY WILLIAMS,

    Plaintiff,

v.

UNITED STATES, d/b/a CORPORATION, or
STATE OF COLORADO, d/b/a CORPORATION,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Michael Destry Williams, initiated this action by filing *pro se* an "Order to Settle Dispute" and a "Petition to Settle the Dispute with Facts and Law and Order for the Federal or State Comptroller to Settle the Alleged Debt."

In an order filed on September 8, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Williams to cure certain enumerated deficiencies within thirty days. Specifically, Mr. Williams was directed to submit a Complaint on the court-approved form. Mr. Williams was also directed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or to pay the $ 350.00 filing fee. The September 8 Order warned Mr. Williams that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Williams has not submitted a Complaint on the court-approved form, and he has also failed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915, or to pay the filing fee.  Therefore, Mr. Williams has failed to cure the designated deficiencies within the time allowed.  Nor has he requested an extension of time to do so.  Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Michael Destry Williams, to comply with the order to cure dated September 8, 2010.

DATED at Denver, Colorado, this __14th__ day of __October__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02190-BNB

Michael Destry Williams
c/o Doreen M. Walker
7250 Auburn Blvd #133
Citrus Heights, CA 95610

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/4/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk